Order affirmed, without costs. Upon the facts and circumstances presented by this record we affirm. We pass upon no other question. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of the Estate of CHARLES E. WEIL, Deceased. ANNE WEIL, by Bank of Rockville Centre Trust Company of Rockville Centre, New York, Respondent; PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, Appellant.

Argued February 24, 1953; decided April 16, 1953.

636

*Joseph T. Arenson* and *Joseph A. Cox* for appellant.

*Sydney J. Schwartz* and *Richard J. Cronan* for respondent.

*Peter Keber* for New York State Bankers Association, *amicus curiæ,* in support of respondent's position.

Decree affirmed, with costs. Appeal from order of the Appellate Division dismissed. No opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.